# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| Ingrid Cox, individually and on behalf of all others similarly situated, | 3:22-cv-00141-NJR |
| Plaintiff, | |
| - against - | |
| Star Brands North America Inc., | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 8, 2022

Respectfully submitted,

/s/Spencer Sheehan

Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

**Certificate of Service**

I certify that on December 8, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

        /s/ Spencer Sheehan