**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **INGRID COX, individually and on behalf of all others similarly situated,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**STAR BRANDS NORTH AMERICA, INC.,**<br><br>       **Defendant.** | **Case No. 3:22-CV-141-NJR** |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of November 8, 2022 (Doc. 13), and Plaintiff's Notice of Voluntary Dismissal dated December 8, 2022 (Doc. 14), this entire action is **DISMISSED without prejudice**.

       **DATED:   December 9, 2022**

                                                          MONICA A. STUMP,
                                                          Clerk of Court

                                                          By:   s/ *Deana Brinkley*
                                                                   Deputy Clerk

**APPROVED:** _____
                   **NANCY J. ROSENSTENGEL**
                   **Chief U.S. District Judge**